PELEG, APPELLANT, *v.* SPITZ ET AL., APPELLEES.

[Cite as *Peleg v. Spitz,* 118 Ohio St.3d 446, 2008-Ohio-3176.]

(No. 2008–0182—Submitted May 5, 2008—Decided July 2, 2008.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *Shoemaker v. Gindlesberger,* 118 Ohio St.3d 226, 2008-Ohio-2012, 887 N.E.2d 1167.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A., and David W. Neel, for appellant.

Gallagher Sharp, Timothy J. Fitzgerald, and Catherine Fazio, for appellees.